**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 88 MM 2021
                                  :
Respondent                        :
                                  :
                                  :
                                  :
v.                                :
                                  :
                                  :
JESSICA LYNN ALINSKY,             :
                                  :
Petitioner                        :


## ORDER


**PER CURIAM**

**AND NOW**, this 2nd day of December, 2021, in consideration of the Application for Permission to File Petition for Allowance of Appeal *Nunc Pro Tunc*, this matter is REMANDED to the Court of Common Pleas of Luzerne County for it to adjudicate Petitioner's request for reinstatement of her allocatur rights. *See* Pa.R.A.P. 1113(d), Note (permitting this Court to remand a *nunc pro tunc* application in the event factual issues need to be determined). The common pleas court is ORDERED to adjudicate this remand within 45 days and to notify this Court promptly of its adjudication.

Furthermore, it is specifically noted that, in January 2020, Petitioner filed a similar request for *nunc pro tunc* relief in the Court of Common Pleas of Luzerne County, which that court has not yet adjudicated.

The Prothonotary is DIRECTED to serve this order on the President Judge of the Court of Common Pleas of Luzerne County.